IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WILLIAM F. CARADINE, II                                                      PLAINTIFF

v.                                  Civil No. 10- **2085**

SGT. TAULBEE, Sebastian
County Adult Detention Center;
DEPUTY WAGNER; DEPUTY
STAMPS; and DR. TIM TINSMAN                                         DEFENDANTS

## ORDER

William F. Caradine, II, currently an inmate of the Sebastian County Adult Detention Center, has submitted for filing in this district a *pro se* civil rights action under 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed. For this reason, **the clerk is directed to send plaintiff a copy of the IFP application.** Plaintiff is given until **July 6, 2010**, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this court for review and filing or pay the $350 filing fee. **If the plaintiff fails to return the completed IFP application or pay the $350 filing fee by July 6, 2010, the complaint will become subject to summary dismissal for failure to obey an order of the court.**

IT IS SO ORDERED this _17_ day of June 2010.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 17 2010
CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)