IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WILLIAM F. CARADINE, II                                                PLAINTIFF

v.                  Civil No. 10-2085

SGT. TAULBEE, Sebastian
County Adult Detention Center;
DEPUTY WAGNER; DEPUTY
STAMPS; and DR. TIM TINSMAN                             DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, William F. Caradine, III, filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *in forma pauperis* and *pro se*.

Plaintiff filed a motion to dismiss (Doc. 24). He indicates his "case" has been moved to another district and asks that this case be dismissed. I note that Plaintiff has filed a number of cases in the Eastern District of Arkansas. Although they are unaware of the movement of "Plaintiff's case" to another district, Defendants indicate they have no objection to the dismissal of this action.

I therefore recommend that Plaintiff's motion to dismiss (Doc. 24) be granted.

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 7th day of April 2011.

                                               /s/ *J. Marschewski*
                                              HON. JAMES R. MARSCHEWSKI
                                              CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)