IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WILLIAM F. CARADINE, II                                    PLAINTIFF

v.                          Case No. 10-2085

SGT. TAULBEE, *et al.*                                     DEFENDANTS

## ORDER

Now on this 25th day of May 2011, there comes on for consideration the report and recommendation filed herein on April 7, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 30). No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Dismiss (doc. 24) is GRANTED, and his Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**